ROYAL ITALIAN GOVERNMENT, Appellant, *v.* INTERNATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS, Respondent.

Argued November 24, 1936; decided December 31, 1936.

*Borris M. Komar* for appellant.

*Raymond M. White* and *Harry A. Bostrom* for respondent.

Judgment affirmed, with costs; no opinion. (See 273 N. Y. 509.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.